# ALABAMA COURT OF CRIMINAL APPEALS



June 20, 2025

**CR-21-0242**
Debra Bracewell v. State of Alabama (Appeal from Covington Circuit Court: CC-78-26)

## NOTICE

You are hereby notified that on June 20, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk